■ In the Matter of KENNETH STUART BROWN for Admission as Attorney and Counselor at Law in the State of New York.—Motion for an order admitting petitioner to practice as an attorney and counselor at law in the State of New York without the certification of the Committee on Character and Fitness denied.

Kupferman, J. P., would deny on constraint of *Tang v Appellate Div. of N. Y. Supreme Ct., First Dept.* (373 F Supp 800, 801, affd 487 F2d 138) and

*Matter of Gordon* (67 AD2d 215). Concur—Sullivan, Lane, Lupiano and Silverman, JJ.